# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA CIVIL DIVISION

### Case no.   2:01-cv-417-FTM-290NF

PATRICK FARRELL

**PLAINTIFF**

VS.

CARL WOODHAM,JUDY WOODHAM,LEELA WOODHAM
RICHARD MASLA,DIANE MASLA,GAURA MASLA,
NAVEEN KHURANA,MICHELLE KHURANA,
LENNY RADER,DAVID WOLFE,ALFRED FORD,
WILLIAM DEADWYLER/all ISKCON devotees
FORD MOTOR CO.,CHARLES ROSSOTTI/I.R.S.comm.
JOHN MCDOUGALL/ROD SHOAP,Lead Sheriff
ROBERT CARMICHAEL,DAVE PALANZI,
WILLIAM CASE,ED TAMAYO/Lee co.sheriffs
JOE D'ALLESSANDRO,MELISSA SKEEN,SUSAN TACY,
ALANE LOBODA,MAIDA WASSERMAN,State atty.,
THE LAW FIRM OF HENDERSON,FRANKLIN,STARNES AND HOLT,
CRAIG FERRANTE,KEITH KYLE,attorneys and agents,
JOHN DOMMERICH,JAY ROSMAN,20TH circuit judges
JACK LUNDY,glades co.judge,
MELVILLE BRINSON,atty.

DEFENDANTS,

## FLORIDA AGENTS IN LAW ENFORCEMENT PROTECT WEALTHY PEDOPHILES

## RICO COMPLAINT-PETITION FOR MANDUMUS-WRIT OF PROHIBITION

This is an action for **$25 MILLION** in damages for deprivations of,and conspiracy to,interfere with Plaintiff's civil rights by agents of ISKCON and Florida,pursuant to 42 USCS §1983,1985,1986, 1st,4th,5th,9th,14th amendments,title 28 USC S.1361,2201 and attorney's fee's pursuant to 42 USCS §1988,and crimes committed by the defendants pursuant to title 18USCS §242,1961-1968,2421,2423, before and during Plaintiffs arrest and prosecution.Defendants under color of state law,violated the U.S.Constitution and framed Plaintiff for an act committed by Carl Woodham,of **The International Society of Krsna Consciousness**,to protect ISKCON from sanctions,for sexually molesting children in their Hare Krsna schools for decades,concealing the abuse,costing Plaintiff **$100,000**,to counteract their fraud collusion and conspiracy.

FILED
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT FLORIDA
01 JUL 27 AM 11:13

) 2 )

**INDEX**

JURISDICTION AND VENUE--------------PG.2

PARTIES----------------------------PG.2

A.STATEMENT OF THE CASE------------PG.4

B.PRECEDING EVENT------------------PG.5

C.GENERAL ALLEGATIONS--------------PG.5

D.STATEMENT OF CHRONOLOGICAL FACTS---PG.8

U.S.and FL.CONSTITUTION------------PG.28

CLASS BASED INVIDIOUS ANIMUS--------PG.30

DEFENDANTS BREACH AND NEGLIGENCE-----PG.33

COUNTS ONE TO TWELVE----------------PG.33

COUNT THIRTEEN,I.R.S.---------------PG.45

RACKETEERING-----------------------PG.48

RELIEF REQUESTED-------------------PG.49

<b>JURISDICTION AND VENUE</b>

**Jurisdiction** for this action vests pursuant to 5USC sec.706,28 USC §1331,1361,2201,2202.Art.1,sec.8,clause1;Art.5 and 6 of the Constitution,based upon claims brought under title 42 of the U.S.Constitution,and the District court's pendant jurisdiction over the state law claims alleged,which arise out of the same operative facts and circumstances.All defendants are subject to the jurisdiction of this court pursuant to 18 U.S.C.sec.1962 et seq.the RICO nationwide service of process statute.

**Venue** lies pursuant to 28 U.S.C. 1391[b] in that the defendants reside in the judicial district and/or the causes of action accrued in the judicial district.

<b>PARTIES/ORGANIZATION OF DEFENDANTS</b>

**Plaintiff,Patrick Farrell,**is a resident of Lee co.,Florida.

**Carl,Judy and Leela Woodham,**reside at 14006 N.W. 49TH ST. Gainesville,Fl.32606,904-331-7257.Carl devises tax fraud schemes for ISKCON.Member of ISKCON G.B.C. sub-committeee on preaching.

2

**ISKCON** is an unincorporated association.Service of process may be made upon Ravindra Svarupa Das a/k/a/William Deadwyler,III,Chairman of the Governing Body of Commissioners that oversees all of ISKCON's affairs.41 West Allens Lane,Philadelphia,Penn.19119.

**ISKCON Foundation,Inc.**is a Florida corporation in Florida.Its principal place of business is 18107 hwy.239,Alachua,Fl.32615. Its registered agent,**Naveen Khurana,Michelle Khurana and Carl Woodham,**are employees at the ISKCON Foundation.Naveen was the finance minister for all north American temples,in charge of **millions of dollars.**

**Richard,Diane,Gaura Masla** 5201 NW 65th lane,Alachua,Fl. 32615,are members of ISKCON.Richard submitted his net worth as nearly **one million dollars** on 12/12/96,in the small claims suit.

**Lenny Rader** 1709 NW C.R.239,Alachua,Fl.32615 is an ISKCON employee.

**David Wolfe** P.O.BOX 1438,Alachua,Fl.32616-1438 is the chairman of the ISKCON child protection team,and a former employee of the HRS.

**Alfred Ford** is a Krsna devotee,employer and business associate of ISKCON and great grandson of Henry Ford and agent of the principal Ford Motor Co.His net worth is **100's of millions of dollars.**

**Ford Motor Co.**is sued in its official capacity.Ford World Headquarters,1 The American Rd.Dearborn,Mi.48121-1899.

**Charles Rossotti** is the Commissioner of the Internal Revenue Service,1111 Constitution ave.North West,Washington,D.C.20224,he is sued in his individual capacity.

**Lee Co.Sheriff/John Mcdougall/Rod Shoap** 14750 Six Mile Cypress, Ft.Myers,Fl.33912,was/is the former/present lead sheriff of Lee co.Defendant McDougall and Shoap are sued in the official capacity for failing to supervise **Robert Carmichael,Dave Palanzi,William Case,and Ed Tamayo.**McDougall and Shoap were at all times acting within the course and scope of the office of head sheriff,as final decision maker,under color of law,and under the auspices of the authority of Florida state law.Defendants Robert Carmichael and

3

)                4                )

Dave Palanzi,William Case,Ed Tamayo,were at all times material to this complaint Lee Co.Sheriffs deputies appointed to that position by McDougall,and sued in their individual capacity.

**Joe D'Allessandro** 1700 Monroe,Ft.Myers,Fl.33902 was at all times material to this complaint the acting state attorney for Lee Co.Florida.D'Allessandro is sued in his official capacity for failing to supervise,and conspiracy.D'Allessandro was at all times pertinent to this complaint acting within the course and scope of his office as state attorney,as final decision maker under color of law and under the auspices of the authority of Florida state law.Defendants **Melissa Skeen,Susan Tacy,Alane Laboda and Maida Wasserman** were at all times material to this complaint assistant state attorneys appointed to that position by D'Allessandro,and sued in their individual capacity.

**Henderson,Franklin,Starnes and Holt,**is located at 1715 Monroe st.Ft.Myers,Fl.33902,they are sued as respondeat superior had a duty to supervise them,and failed to do so.They employed the defendants **Craig Ferrante,Alane Laboda,Keith Kyle,**who are sued in their individual capacity.

**Judges Jay Rosman,and John Dommerich** are judges employed at the justice center,1700 Monroe st,Ft.Myers,Fl.33902.

**Judge Jack Lundy** P.O. Box 579,Moorehaven,Fl.33471.

**Melville Brinson** is an attorney,PO Box 60259,Ft.Myers,Fl.33906.

### A.STATEMENT OF THE CASE/FRAUD UNDER COLOR OF CHURCH AND STATE

Child molester/Carl Woodham,agent of the principal ISKCON,had a sexual incident with Gaura Masla.Plaintiff was framed,arrested, prosecuted by perjury and acquitted due to this incident.After filing state circuit civil suits against the defendants,the 20th circuit and 2nd DCA appeals court judges refuse to allow Plaintiff to prosecute his claims,due to the protection racket and criminal conspiracy imposed by the bribed state of Florida officers to

*4*

prevent the exposure of crimes committed by all defendants in the conspiracy against Plaintiff.

<b>B.PRECEDING EVENT</b>

**On June 12,1992,**Plaintiffs niece,Nicole Cooper was killed in a Ford Bronco rollover.Plaintiffs oldest sister,Karen Cooper sued the defendant Ford Motor Co.Numerous other American citizens also filed class action lawsuits against Ford Motor resulting in legislation demanding design changes in the Ford Bronco,and a drop in stock value both of which cost Ford Motor Co.millions of dollars.

<b>C.GENERAL ALLEGATIONS</b>

Since 1970,the Hare Krsna cult has been sexually molesting devotee children on Krsna temple property,and maintaining its concealment from authorities.Child molester/Carl Woodham committed a sexual act common to Krsna devotees off Krsna property at the Masla home.In the attempt to conceal that act,Woodham was faced with the laws of the United States of America.Falsely accusing Plaintiff,the result was Plaintiffs acquittal,this lawsuit,and a $400 million dollar lawsuit by 44 Krsna children,who cooberate Plaintiff's position that Carl Woodham and ISKCON are responsible for the allegations of child abuse giving rise to this complaint.

1.**June 20,1993,Carl Woodham,**long time friend and ISKCON business associate of defendant **Alfred Ford,**great grandson of Henry Ford of the defendant **Ford Motor Co.**came to the home of defendant Richard Masla,where he molested Gaura Masla in the pool,then immediately fled the scene and the state of Florida.

2.**Richard,Diane,Gaura Masla,Carl,Judy,Leela Woodham,Lenny Rader and Michelle Khurana**[Plaintiffs youngest sister],all members of ISKCON and friends of Alfred Ford,reached an understanding to implicate Plaintiff,and lied to the Lee and Alachua Co.sheriffs,to frame Plaintiff for Carl Woodhams act,so as to mislead the authorities from exposing Woodham and ISKCON to criminal sanctions for decades of child sex abuse within ISKCON,retaliation against Plaintiff for

the wrongful death lawsuits,and for telling the sheriffs that Carl Woodham was the perpetrator.The decision to investigate was illegal in that Carl Woodham admitted to being at the scene of the crime, **and Florida criminal law sec.95 says:** a.he[Woodham]in proximity to the crime,enjoins probable cause to suspect him;b.a person[Plaintiff] located a substantial distance from the scene [Plaintiff in Michigan],at a time long after the alleged crime [15 months later]should not be arrested,and c.he who flees the scene enjoins probable cause to suspect him. **The FBI and DOJ,**statistics show that he who knows the victim the longest,is the perpetrator 85% of the time.Carl Woodham knew Gaura ever since she was born.

3.January 3,1994,defendant **Robert Carmichael and Judge John Dommerich,**reached an understanding to violate Plaintiff's civil rights by producing an arrest warrant that falsely accused Plaintiff of Carl Woodhams act of placing his penis in Gaura Masla's hands,while in the pool on **June 20,1993.**

4.Plaintiff was arrested without probable cause,maliciously prosecuted for 5.5 years on an bogus information filed by defendant Joe D'Allassandro,on the basis of an understanding reached with defendant/sheriff's office to violate Plaintiff's rights,and acquitted on 11/18/98,in case 94-2430CF.

5.In the guise of enforcing the law,Lee county aided,abetted, protected and served Alachua Co.residents Carl Woodham and ISKCON, the world's largest pedophile ring,cleverly disguised as a religion to procure federal tax exemption under IRS 501 C3.Carl Woodhams friend and Krsna business partner is Alfred Ford,ISKCON's wealthiest devotee,and great grandson of Henry Ford of the Ford Motor Co.with all the money necessary to bribe Lee county and Florida,keep suspicion off ISKCON,and avoid the litigation they are now facing,i.e.a $400 MILLION lawsuit,that resulted from this.

6

6.During the prosecution,**African-American,Democratic trial judge Isaac Anderson**,dismissed all the states evidence due to the incident between Carl Woodham and Gaura Masla on June 20,1993.

7.Prior to the acquittal,Plaintiff filed state circuit civil suit, FARRELL V. MASLA,et al 97-6279CA,and after acquittal,FARRELL V. MCDOUGALL 99-8973CA,et al,and FARRELL V. HENDERSON,FRANKLIN et al,case no.00-9241CA,that were presided over by defendants Republican Judges Jay Rosman and Jack Lundy.These judges have deliberately ignored the Law of the Case established by **Democratic African-American,Judge Isaac Anderson** the only judge to actually review this case properly,violated Art.I,s.3,Art.II,s.5,Fl.Cons. and the 14th amendment of the U.S. Cons.and have made up their minds beforehand that Plaintiff will receive no redress of any grievance, and are attempting to push Plaintiff out of court,by conspiring with the other listed defendants,in violation of Article I,sec.21 of Fl.Cons.and the 1st amendment of the U.S.Cons.Appeals were taken, but the DCA refuses to honor the law,instead maintaining the lie & criminal conspiracy to protect the state & the wealthy pedophiles.

8.Plaintiff demands judgement against defendants both jointly and severally for the original mistake of blaming Plaintiff for Carl Woodhams act,the subsequent conspiracy to conceal that mistake,and the compounding felonies performed by every defendant to continue the fraudulent prosecution,despite evidence to the contrary,and preventing Plaintiff from prosecuting his lawsuits.

9.The claims,complaints,and conduct of all the defendants was frivolous,malicious and without probable cause.The testimony by the Krsna witness' was at best a rambling,disjointed,unintelligible diatribe,based on a brainwashed 5 year old,meant solely to mislead the state officials.The state officials actions were an abuse of discretion,arbitrary,capricious,not in accordance to law,and not in observance of procedures regulated by law,therefore in violation of

the U.S.Constitution,as their official documents used against Plaintiff,did not reflect what the Krsna witness' said or claimed. The alleged factual contentions of the defendants,were clearly baseless and nothing short of fantastic and delusional,and stricken down by trial judge Isaac Anderson on every point made by every defendant.Delusional is defined as:a fixed belief maintained in spite of evidence to the contrary.Despite all the Krsna witness' changing their story every time told,despite Gaura Masla of her own volition grabbing the penis of 2 other men in the Masla home in June 1993,despite the Krsnas being the worlds largest child molestation ring,despite committing perjury in official proceedings,the state maliciously pursued known false charges.

### D.STATEMENT OF CHRONOLOGICAL FACTS

**In the early 1970's,ISKCON** began to set up their own temples with their own schools in the U.S.The outward or stated purpose being to indoctrinate the children of ISKCON devotees into the discipline of Krsna consciousness.ISKCON's schools became havens for widespread physical and sexual child abuse.ISKCON then used these victims as slaves in their ISKCON enterprises,circumventing U.S.labor laws. ISKCON enriched themselves by granting special favors to donors.

1.Granting teaching positions to sexual predators so they could have access to children for sexual gratification.

2.Creating "asylum" and a ring of protection against apprehension of fugitives,& pedophiles within ISKCON.

3.Failing to report criminal conduct on the part of ISKCON, i.e.,child sexual abuse including fondling and masturbation as falsely alleged against Plaintiff by ISKCON perpetrators. ISKCON encouraged,through its pattern and practice,the herein described acts of wrongful and illegal conduct by its agents. ISKCON concealed the abuse for decades by failing to notify state and governmental authorities of known and suspected child abuse.

**In 1974,Alfred Ford,**great grandson of Henry Ford,bought the Fischer mansion in Detriot,Mi.at 383 Lenox ave.and turned it into a Hare Krsna temple and hired Naveen Khurana as temple president.As a direct inheritor and corporate shareholder with a controlling interest in the **Ford Motor Co.**Mr.Ford used his tremendous wealth to further the interests of ISKCON,as a initiated devotee of ISKCON,by purchasing property used by ISKCON,hiring child molester Carl Woodham to run the Miami,Fl.temple,and bribe law enforcement, influence politicians,to prevent ISKCON from incurring criminal sanctions for decades of child sex abuse,and maintain ISKCON's tax exempt status with IRS.

**In 1977,Michelle Farrell,**Plaintiff's sister,joined the Hare Krsna cult,and became involved with Alfred Ford and married Naveen Khurana.Naveen became temple president in Dallas.Tx.in 1981,where child sex abuse was occurring,and failed to inform law enforcement.

**In the 1980's,Alfred Ford** assisted in the purchase of property in Miami,Fl. for the establishing of a Hare Krsna temple,and employed Carl Woodham as temple president,where child sex abuse was occurring,and they failed to inform law enforcement.

**In 1986 Carl Woodham** while acting as president of the Hare Krsna temple in Vancouver,B.C.,was told by Peter Chatterton that his children were being sexually abused by another Krsna man.Carl told Peter,that he would do nothing,so as to avoid criminal and civil sanctions being employed against the temple.

**In 1988,Carl Woodham** was temple president in Wash.DC.Gauras real father,Devinder Mehta was temple priest and friend of Woodham. Defendant Richard Masla told Plaintiff that Devinder sexually molested Gaura,an act common to Krsna priests,and Diane Masla divorced him because of that.

**In Feb.1992,Richard Masla** was sued for divorce by his wife Susan,

9

who said Richard fondled his daughter,case no.92-911.Richard admitted to the allegations.The case was presided over by Judge Isaac Anderson.The sheriffs omitted that case from investigation.

**In June 1992,**Richard went to St.Louis,Mo.to visit Diane and Gaura. Gaura said she first learned about a penis from her mother,Diane, in St.Louis,where she met Richard.Diane lied to police and said Plaintiff taught Gaura the word penis.

**June 1,1993** Diane and Gaura Mehta [now Masla by marriage] moved into the home of Richard Masla in Ft.Myers Beach.

**June 10,1993,**Gaura Masla grabbed the penis of a man named **Robert Knighton** who lived in the Masla home.Robert moved away after that. Defendants Richard and Diane Masla falsely stated to sheriffs that Bob moved away BEFORE Diane and Gaura moved in on June 1,1993, misleading the sheriffs,establishing probable cause on perjury.

**JUNE 20,1993 THE DAY OF THE ABUSE AND THE CAUSE OF THE COVER UP**

**Carl Woodham,**employed at ISKCON for 25 years,came to Ft.Myers. His testimony to Lee Co.sheriff Robert Carmichael was that he was swimming in the pool with 5 year old Gaura Masla and Gaura asked to squeeze his penis.

**Judy Woodham** testified that she told Diane Masla about this event,but Diane Masla said she was never told about this.

**Gaura Masla** testified that this incident was **SEXUAL INTERACTION.**

**Diane Masla** testified that the abuse of Gaura occurred on 6/20/93.

**Richard Masla** could not recall who told him about this.

**Robert Carmichael** claimed this was the day the crime occurred.

**Judge John Dommerich** testified on his arrest warrant that this was the day where the criminal activity began.

**Michelle Khurana and Lenny Rader** were never told about this,but were misled by Carl Woodham who blamed Plaintiff for this event.

**Judge Isaac Anderson** dismissed all claims by all witnesses and alleged victim due to this incident.

Probable cause existed to arrest Woodham,but the defendants

*10*

fabricated a case against Plaintiff.Carl Woodham,and wife Judy,**assumed** that something sexual must have happened between Plaintiff and Gaura before Gaura made this request of Carl[to squeeze his penis],and coerced Diane Masla into accepting their version of events.These half-wits were half right,not knowing about the incident between Gaura Masla/Robert Knighton,on June 10,1993. **On June 20,1993,Carl Woodham** fled the scene,went to Dallas,Tx.and conspired with Adrian Vinode[a fellow Krsna devotee]and owner of Lone Star Galleries.Once there Woodham and Vinode falsely stated to the **Internal Revenue Service** in Dallas,that Plaintiff had worked at Lone Star Galleries in 1990.The IRS then illegally harassed Plaintiff over a phony job,and demanded payment of back taxes for $800,until Plaintiff paid them in 1997.During this time Congress investigated citizen complaints of the IRS for phony,abusive demands for payment of back taxes,resulting in the IRS Reform Act of 1998.Plaintiff had actually performed services for the Hare Krsna temple,which is tax exempt,on temple property,therefore Plaintiffs renumeration was tax exempt.Vinode had created a scam,selling artwork in office building lobbies on a tax exempt, donation basis,and falsely stated that Plaintiff worked for his legitimate business,Lone Star.The costs to operate the tax exempt scam were illegally applied to Lone Star,decreasing the profits, decreasing the taxes,thereby defrauding the IRS.Adrian Vinode also donated to the Dallas temple,$10,000,thereby decreasing his profits for 1990,yet failed to mention to the I.R.S. that the temple gave him and his wife,a home to live in rent free,and all the food they could eat.The IRS aided,abetted and assisted and conspired with the child molesting Hare Krsna cult,in violation of federal law & Plaintiffs civil rights.

**June 27,1993** Plaintiff paid Diane Masla the rent for July 1993.The Maslas falsely stated that Plaintiff had no intention of staying and fled the state to mislead authorities and make probable cause.

//

Diane,Gaura Masla,Judy Woodham and daughters Leela and Loxmi,all left Ft.Myers for Gainesville on this day.

**June 28,1993,**Plaintiff went to work as usual.Retroactively,Diane and Gaura Masla and Judy Woodham claimed that Plaintiff abused Gaura on this day at 9:00am.Plaintiff proved he was 20 miles away at this time.Trial Judge Isaac Anderson dismissed their claims in court,because the women had waited 6 to 10 weeks to make their statements to defendant Lee Co.sheriff's,and there were serious material facts in dispute.Diane stated Judy did not tell her about Carl and Gaura in the pool one week earlier,Judy claimed she did tell Diane.Gaura said the abuse occurred in the pool,Diane and Judy said Gaura definitively was not in the pool on that morning.She was in the pool with Carl Woodham,one week earlier.

**June 29,1993 sheriff Dave Palanzi** came to the Masla home and asked Plaintiff if he knew about a child being fondled.Plaintiff told Palanzi that he saw Carl Woodham in the pool with Gaura Masla on June 20,1993,and it appeared that Gaura was grabbing Carl Woodham's penis.Palanzi omitted that information on his report,also falsely stating that plaintiff was unemployed,thereby placing Plaintiff in the home at the time of the alleged incident.Plaintiff proved at trial that he was EMPLOYED and away from the home during the alleged crime.Palanzi reached an understanding with defendant Carmichael,to falsify his report,to make it appear that Plaintiff was at the scene of the crime to support probable cause pursuant to **Fl.criminal law sec.95** regarding proximity to a crime scene.

**July 7,1993,**Carl,Judy Woodham,Richard,Diane Masla reached an understanding to deny Plaintiff's civil rights by going to police with false testimony implicating Plaintiff for the act between Carl Woodham and Gaura Masla on June 20,1993,for the purpose of having Plaintiff accused and Carl protected from scrutiny.They discussed the alleged events,but the Woodhams never told the Maslas about the event between Carl and Gaura on 6/20/93.If Gaura was being honest,

)                    13                    )

she must have said something about her two events with Robert Knighton and Carl Woodham,and the adults withheld that exculpatory evidence from the sheriff's,misleading them to make probable cause.

**July 9,1993,**Gaura was examined by a doctor who stated in his report,"there is no evidence of sex abuse." Duh.

**July 12,1993 Gaura Masla** was interviewed by the Child Protection Team of the H.R.S.This interview was dismissed by judge Anderson;

**1.because** the child was being coached by someone outside the interview room and suggestive questioning by the C.P.T.

**2.because** of the events with the two other men,that the child initiated,prior to the assumed incident with Plaintiff.

**3.because** the child placed herself in St.Louis,Mo. during the time frame alleged in the states case against Plaintiff,

**4.because** the child said she saw Plaintiff urinating,not ejaculating as proposed by Carl Woodham and the state.

Gaura stated she was in St.Louis,Mo.in January 1993,**PERJURY** defendant Robert Carmichael falsely claimed Plaintiff committed a crime upon Gaura in Ft.Myers in January 1993 on his affidavit.

Gaura said in June 1993,she saw **yellow** pee-pee come from Plaintiff.

**PERJURY** Carmichael falsely said that **white** stuff came out of Plaintiff's penis to establish probable cause on an illegal basis.

**PERJURY August 3,1993 Defendants Richard and Diane Masla** spoke to sheriff/defendant Robert Carmichael,and falsely testified that Robert Knighton did not live in their home,even though Gaura gave a perfect description of him,placed him at the scene of the alleged crime on the exact day and time of the offense allegedly committed by Plaintiff,and Robert Knighton testified that the child grabbed his penis in June 1993.

**PERJURY** Diane Masla stated that the alleged offense occurred in one 5 minute period on June 20,1993,the day of Carl Woodham's incident. The state corruptly fabricated a 2 victim,3 felony count,7 month crime period,without evidence or probable cause.

/3

**PERJURY/TITLE 18 SEC.1503** A.The Maslas deleted the incident between Carl Woodham and Gaura to police,and threw away a letter left by Plaintiff that stated,Carl Woodham molested your daughter,to protect Carl Woodham and ISKCON.

**PERJURY/TITLE 18 SEC.1503** B.The Masla's also stated that Plaintiff fled the area,despite documents that proved,in court,Plaintiff gave them rent money intending to stay in the home.

**PERJURY/TITLE 18 SEC.1503**  C.The Maslas falsely stated that Plaintiff molested Gaura while watching TV,despite Plaintiff proving,in court,the TV was in the repair shop,at the time of the alleged offense.

**August 1993 to March 1994** Gaura Masla was counseled at the Family Alliance once a week.If Gaura was being honest,she must have said something about her two events with Robert Knighton and Carl Woodham,and the state withheld that exculpatory evidence from the court,misleading them to make probable cause.

**FRAUD August 1993,**Woodham contacted his friend,defendant David Wolfe,who was employed in the Dept.of H.R.S.to find out how to carry out his corrupt plan to have plaintiff arrested.Wolfe,at this point was aware of the widespread child sex abuse within ISKCON, since he was a Krsna devotee,yet concealed it from authorities, despite his perfect position as an employee of the organization in charge of child sex abuse,i.e.Dept.of H.R.S.and H.R.S. responded to Plaintiffs 1996 claims of child sex abuse at the Krsna school,resulting in the $400 million lawsuit.

**August 31,1993 ASA Melissa Skeen,**who was handling the complaint, wrote to Randall McGruther and stated that "there is no need for an investigator to talk to her witness'.Skeen routinely handled her cases in an insubordinate manner resulting in her dismissal.Had a qualified investigator became involved,the fact that Carl Woodham was at the scene of the crime,would have made him a suspect.

*14*

**September 13,1993** Carl and Judy Woodham,testified to Robert Carmichael,by giving false and misleading testimony implicating Plaintiff for the act committed by Carl Woodham on June 20,1993,and attempting to establish that their daughter Leela was a victim.

**PERJURY** Carl Woodham stated that he was a priest,and Plaintiff confessed all the details of the alleged offense against Gaura Masla,which included masturbation and ejaculation.Elements that Gaura Masla never mentioned.A confession to a priest,is a religious activity,sanctioned by the principal ISKCON.

**PERJURY** Carl falsely stated that he was in a hurry to go on a business trip,and could not tell Diane Masla about his act with Gaura Masla on June 20,1993.On August 31,2000,Carl was deposed and stated that after he left Ft.Myers,he went to his home and stayed there for 2 or 3 days,thereby contradicting his excuse for not telling Diane Masla about his act with Gaura Masla.

**PERJURY** Judy Woodham falsely claimed she told Diane about Carls act with Gaura,but Diane testified that she was never told about that.

**PERJURY** Judy testified that Leela was "afraid" of Plaintiff.Leela testified prior that she was **afraid of the dark**.Leela [3 yrs.old] also testified that she did not touch Plaintiff 20 times,despite the adult defendants demanding otherwise with their lies.

**PERJURY** Defendant Carmichael falsely stated that Leela grabbed Plaintiffs penis until he ejaculated.

**Carl Woodham stated that:**

1.he was in the pool with Gaura Masla on June 20,1993 and a sexual incident occurred;2.that Judy told him of an incident between Plaintiff and Gaura a week after his incident with Gaura;3.that Gaura masturbated Plaintiff.All this incriminating information was directly reflected by the state on the arrest warrant,despite Woodham claiming to be in another state,and it was in direct contrast to the statements of the alleged victim. These contradictions resulted in the Woodham's testimony being

dismissed.These acts of perjury were done to bolster the testimony of Gaura Masla and conspire to establish probable cause by Fraud,and keep suspicion off of Carl Woodham and ISKCON.

**LACK OF PROBABLE CAUSE AFFIDAVIT PERJURY/FRAUD September 28,1993** The false testimony of Krsna devotee's,Richard,Diane,Gaura Masla,Carl,Judy,Leela Woodham,resulted in a probable cause affidavit produced by defendant Robert Carmichael that was a fraud,as it did not reflect the testimony of his witnesses,and lacked probable cause,resulting in Plaintiffs false arrest and the damages as pled herein.

**MELISSA SKEEN SEPTEMBER 1993** Skeen was reprimanded by defendant D'Allessandro for her insubordinate conduct.

**MELISSA SKEEN DECEMBER 20,1993** Plaintiff called former state attorney Melissa Skeen,who was handling the case,about the allegations.Skeen stated unless I proved otherwise,the state planned to arrest me.Plaintiff told her that Carl Woodham was the perpetrator,and sent her a copy of the letter that Plaintiff wrote to Richard and Diane Masla on 7/2/93,which stated that "Carl Woodham molested your daughter." The Maslas destroyed their copy and falsely stated that the letter was my confession.

**DECEMBER 1993** Robert Knighton called the Masla home and mentioned his incident with Gaura Masla,before moving to Australia. The state seriously prejudiced the case,because they waited until Robert Knighton moved to Australia,before arresting me,in hopes that his testimony that GAURA GRABBED HIS PENIS,would not surface.

**PERJURY/FRAUD January 3,1994,**Judge Dommerich excised the probable cause affidavit.The state used the incident on June 20,1993,between Carl Woodham and Gaura Masla,as count one in the arrest warrant, took the incident with Gaura and Bob in early June and moved it to the date of their assumption,June 28,1993,as count two in the arrest warrant,and procured Plaintiffs false arrest.

**July 28,1994 Gaura Masla** testified at a chapter 120 hearing.She:

1.changed her story to the incident occurred in the living room,not the TV room,2.that Robert Knighton was there,3.that nothing occurred in the pool with Carl Woodham.This testimony was used to impeach her at trial,where she stated that nothing occurred in the TV room,because Plaintiff proved it was false on 12/12/96.

**September 8,1994** Plaintiff was arrested in Michigan on the basis of the false arrest warrant issued without probable cause.Plaintiff was extradited to Florida by former sheriff Ed Webb,who was dismissed from the Lee County sheriffs for sexually abusing several young boys over a multi year period,without ever being arrested or prosecuted by the state agents/defendants,due to their biased, corrupt,arbitrary application of the laws of the state.Defendant Rod Shoap at the time was in charge of Internal Affairs and refused to investigate Webb,and refuses to investigate Robert Carmichael.

**September 17,1994** Plaintiff was arraigned on 2 counts with Melissa Skeen present.Despite 2 judges finding that the crime began on June 20,1993,the prosecutor added a felony in January 1993 to disguise that.Skeen was then fired for insubordination,lying and violating office policy.

**September 19,1994,**defendant Robert Carmichael,maliciously and without probable cause,filed the false 3 felony count probable cause affidavit,after it was dismissed by Judge Dommerich.

**September 26,1993 Melissa Skeen** was fired,and sued D'Allassandro. **Joe D'Allassandro** responded by stating,"the nature of Skeens philosophy was in complete contradiction to office priority."

**Sheri Pollster,**now a judge,testified that Melissa Skeen,"would do things her way,and would purposely hold a case open rather than file a no information notice despite the FACT that she did not factually have enough to support a charge..or not enough to establish probable cause." She[Skeen]did not exercise good judgement in charging decisions.On June 25,2001,the Federal 11th

17

district court of appeals overturned a trial verdict in favor of Skeen and stated,"Skeen was disruptively insubordinate."

**September 28,1994** Plaintiff bonded out of jail on **$20,000** bond and **$5,000** attorney's fee's.

**PERJURY/F.S.837/FRAUD October 14,1994,**former ASA Elizabeth Ciardiello,acting on the behalf on defendant D'Allessandro, maliciously and without probable cause filed a 3 count felony information,that differed from the probable cause affidavit and the arrest warrant,in that a 3rd felony count against Leela Woodham was changed to Gaura Masla without evidence,and another felony was alleged in January 1993,even though the alleged victim,Gaura Masla,testified that she was in St.Louis Mo.in January 1993, not Ft.Myers,Fl.Defendant D'alessandro is responsible for the acts of his agents in the scope of employment.

**May 19,1996,**Plaintiff called the Gainesville,Fl.Dept. of H.R.S.and directed them to the Hare Krsna/ISKCON school in Alachua,Fl.where children were being sexually abused.The investigation resulted in arrests and convictions of Hare Krsna devotees,and on June 12,2000 a $400 million lawsuit for 30 years of sex abuse of 44 ISKCON children,committed by dozens of KRSNA perps,and covered up by the authority structure of ISKCON.See at **www.wturley.com.**

**CASE NO.3-00CV 1254-T UNITED STATES DISTRICT COURT,DALLAS,TX.**

**December 12,1996** Plaintiff sues defendants Richard and Diane Masla in front of defendant Judge Dommerich in small claims court.

**PERJURY/F.S.837** The Maslas had originally claimed that Plaintiff fondled Gaura while watching TV together.That claim served as the basis of Plaintiff's false arrest.Plaintiff proved that the TV was in the repair shop,the Maslas agreed,therefore the claim was false. Plaintiff also proved that he paid the rent for the upcoming month of July 1993,the Maslas falsely stated to the judge,and the sheriff's on August 3,1993,that Plaintiff fled the home after allegedly abusing Gaura.Judgement for Plaintiff for $400/rent and

$180/TV.**Carl Woodham** then repeatedly called the state attorney demanding they proceed with the prosecution.

**February 1997** Defendant **Susan Tacy** called Plaintiff,then a represented defendant,and discussed the case.Plaintiff told her: 1.Carl Woodham molested Gaura,2.the Krsnas have been sexually molesting children and dealing drugs for decades, 3.the results of the small claims case,all to no avail.

**FL.CONS.ART.I,S.12,TITLE 18 USCS SEC.2511,F.S.934**

**March 27,1997** Plaintiff called Richard Masla,requesting he drop the false charges.Masla illegally taped the phone call and:demanded $4,000 from Plaintiff for damages and a guilty plea and to spend one year in prison.Plaintiff mentioned that Gaura saw him urinating in the bathroom when she accidently opened the bathroom door.

**TITLE 18 SEC.1512/F.S.914**

Richard Masla then told Gaura to testify falsely from that point forward,which she did at her depo on April 28,1997,trial on November 17,1998,and again at depo on August 3,2000,where she now claimed the alleged abuse occurred in the bathroom,since Plaintiff proved it never happened in the TV room.

**APRIL 28,1997 FL.CONS.ART.I,S.12,TITLE 18SEC.2511,2515/F.S.934**

The state attorneys office,took Masla's copy of the illegally recorded phone call,and attempted to use it as evidence,and began prosecuting the case based on known perjured testimony,4 years after the fact,despite that being a felony,and a court order from the trial judge stating no evidence could be used from the tape.

**APRIL 1997 KRSNA DEFENDANTS DEPOSITIONS**

Depositions were held whereby the Krsna witnesses,Richard,Diane, Gaura Masla,Carl Judy,Leela Woodham were deposed and committed perjury by contradictory statements,all of them changing elements in their testimony from the accounts given in 1993.This caused trial Judge Isaac Anderson to dismiss every allegation by every witness in a motion in limine by Plaintiffs defense attorney.

**Richard and Diane Masla** stated that they did not want Plaintiff to be arrested.It was all Carl Woodhams idea and insistence,to avoid being a suspect and subjected to prosecution.

**Diane Masla** claims to have STUPIDLY thrown away a letter I left for her and Richard when I moved out of the home on July 3,1993,and it states that,"Carl Woodham molested your daughter." Judy Woodham calls herself STUPID,for not telling Diane about the incident between Carl and Gaura.Both adult,Hare Krsna women use stupidity as the reason for not addressing the incident between Carl Woodham and Gaura Masla to law enforcement,the incident that caused this suit. Stupidity does not preclude liability,it is generally a precursor to criminal acts.Reasonable minds could conclude that lying in one or more aspects precludes truth in any or all other aspects.

**Gaura Masla** testified that Plaintiff did NOT touch her.Defendants Carmichael,Wasserman,D'Allassandro all perjured themselves and charged Plaintiff with touching Gaura's vagina.

**Gaura Masla** changed her story due to the influence of defendant Richard Masla.She now states that she and Plaintiff went into the pool together on June 28,1993,then they went into the bathroom together,where Plaintiff asked her to touch him.

**Diane Masla and Judy Woodham** testified that Gaura was **not in the pool** with Plaintiff on that morning of June 28,1993.

**Richard Masla** testified that Plaintiff was NOT in his home in the month of January 1993.The state perjured themselves and charged Plaintiff with a felony in January 1993 without evidence.

**Gaura Masla** said she learned about a penis from Diane in St.Louis.

**Diane Masla** falsely stated that Gaura never used the word penis before,and Plaintiff must have taught Gaura that word.

**Carl Woodham** first said that he was in Ft.Myers one time on June 20,1993 for 3 hours.

**Judy Woodham** said he was there for 3 days,giving him plenty of opportunity to molest Gaura.In August 2000,Carl was deposed and now

20

claims he had visited Ft.Myers several times when Plaintiff was there in 1993,including January 1993,when Gaura was there,and the state alleged a felony.Since the arrest warrant directly reflects a felony on the day [June 20,1993] that Carl says he was in the pool with Gaura,it is reasonable to conclude,that an alleged felony in January 1993 was the result of Carl Woodham being at the scene.

**F.S.837/TITLE 18SEC.1621 June 1997**

**Defendants Michelle Khurana and Lenny Rader,**both Krsna devotees and friends of the other defendants,by reaching an understanding with Carl Woodham,made false statements under oath,claiming that Plaintiff confessed to abusing Gaura.

**TITLE 18SEC.1512/F.S.914.22** Upon questioning,it was revealed that Carl Woodham had talked to them just before their depositions,where they reached an understanding to testify falsely,and Carl gave them false information,and deleted his incident with Gaura Masla,causing them to give false testimony to bolster the other Krsna devotees.

**July 1997** Leela Woodham was dismissed as a witness,because her testimony was perjury suborned by **Carl Woodham.**Leela stated,"my daddy **told me to say** that Patrick touched me between the legs."

**September 1997** Carl Woodham was dismissed due to F.S.90.505 and contradictory testimony,and his act with Gaura Masla.

**Lenny Rader** was dismissed as a state witness,because his testimony was due to Carl Woodhams suborned perjury.

**PERJURY/FRAUD** Rader also falsely testified that he was the Chairman of the Hare Krsna child protection team in 1993,despite having no training,and the evidence shows that David Wolfe became the Chairman in 1997,after Plaintiff alerted the Fl.Dept.of H.R.S. to the child sex abuse going on at the Hare Krsna school in Alachua in 1996.Rader is a Krsna devotee and friend of Carl Woodham and Richard Masla,and perjured himself to bolster the testimony of the other defendants,in a conspiracy to keep suspicion off of Carl Woodham/ISKCON,and establish probable cause by fraud.

**March 30,1998** Diane Masla and Judy Woodham testified at a motion in limine hearing in the related criminal case.**Diane stated that the alleged crime against Gaura Masla occurred on June 20,1993.** This proves Plaintiff's entire case,that the incident on June 20,1993,was that between Carl Woodham and Gaura Masla,Gaura calling the incident Sexual Interaction.Hello!

**May 14,1998** Trial Judge Isaac Anderson dismissed the allegation of Gaura Masla that she allegedly made to her mother Diane Masla and Judy Woodham on June 28,1993,due to the incident between Gaura Masla/Carl Woodham on June 20,1993.Judge Anderson dismissed Gaura's claim made to CPT Crissy Carter on July 12,1993,due to the incident between Gaura Masla and Carl Woodham on June 20,1993.

**May 15,1998** Judge Anderson dismissed the hearsay statements of mother Diane Masla and friend Judy Woodham,due to the incident between Gaura Masla and Carl Woodham on June 20,1993,and the second incident between Gaura Masla and Robert Knighton,thereby excising the allegations on the arrest warrant.Secondly because these two waited 6 to 10 weeks to make their statements to the sheriffs.

**November 18,1998 CRIMINAL TRIAL STATE V. FARRELL** As stated before,the state fabricated a felony in January 1993,to place Plaintiff at the beginning of the alleged crimes,because the evidence [arrest warrant]shows that the actual crime occurred on June 20,1993,the day that Carl Woodham came to Ft.myers and molested Gaura Masla.The state presented no evidence to support that charge,and it was dismissed by Judge Anderson.The other 2 counts were the incidents Gaura initiated with Bob Knighton and Carl Woodham.This case was a violation of F.S.918.0155,which calls for "expeditious resolution" of child abuse cases.The defendants took 5.5 years to resolve this issue because it was without probable cause.Plaintiff was acquitted after Gaura Masla was impeached due to her contradictory testimony.

22

**Defendant Gaura Masla** claimed she was 100% certain,that she did not touch Carl Woodham or Robert Knighton.In August 2000,Gaura admitted to touching them.She could not remember if she touched Plaintiff.

**Defendant Michelle Khurana**,was dismissed because her testimony was perjury suborned by Carl Woodham.

**Defendant Richard Masla** attempted to cooberate the states fraud concerning a felony in January 1993,by stating that Plaintiff gave Gaura Masla a birthday gift in January 1993,despite his original testimony in 1993 that Plaintiff was not there,Gaura did not recall Plaintiff in January 1993,and no mention of a birthday gift was ever made in the 5.5 years before by any witness.

**Defendant Diane Masla** contradicted Gauras allegations.

**Defendant Robert Carmichael** proved how mistaken he was.

**Defense witness Curtis and Brenda Skupny**,both testified,and proved with checks,that Plaintiff was working full time at their home during the last 2 weeks of June 1993,and often stayed for dinner and TV,thereby disproving the defendants theory that Plaintiff was unemployed or present at the scene during the day.

**Defense witness J.J.Cochrane** testified that she had a sexual relationship with Plaintiff,and that Robert Knighton had lived in the Masla home for 2 years,disproving Maslas claim that Robert was not living in the home.

**Defense witness Carl Woodham and Robert Knighton** both testified that Gaura Masla grabbed their penis in June 1993,disproving the defendants theory detailed on the arrest warrant.

**DEFENDANT JAY ROSMAN AND CRAIG FERRANTE**

**October 16,2000,**in related case 97-6279CA,defendant Craig Ferrante argued his motion for summary judgement before judge Rosman.At that hearing,Plaintiff's counsel handed a copy of Gaura Masla's 60 page deposition held on 8/3/2000,to presiding judge defendant Jay Rosman.Counsel was going to point out to defendant Jay Rosman a statement by the child that said her experience with Carl Woodham

23

on 6/20/93 was SEXUAL INTERACTION,and that she did in fact grab the penis of Carl Woodham and Robert Knighton,to show that probable cause should have been applied to Carl Woodham.Defendant Judge Jay Rosman,arrogantly cut off counsel,ignored the statement,and instead pointed to another statement that he liked better,on another page,where Gaura said Plaintiff asked her to squeeze his penis.This element of asking was her experience with Carl Woodham.That uncooberated statement does not establish probable cause or grounds for granting summary judgement.Ex Prosecutor Rosman judged that to be enough to make a case.He had just been handed the transcript,had no time to look through to find that statement,that he cited. Plaintiff alleges that this was the result of a conspiracy on the part of defendant Craig Ferrante and Keith Kyle,agents of the principal Law firm Henderson,Franklin.Ferrante and Kyle attended the deposition,had access to the transcript,and gave defendant Rosman a copy of said transcript prior to the hearing in an ex parte meeting to ensure a decision in their favor.The transcript is 60 pages long,and Rosman pointed to a statement that is impossible to cite without knowing where it was.Defendant Craig Ferrante never argued nor used anything from the case file to prove that no genuine issues of material facts were in dispute,which is the standard for review for summary judgements.Instead,Ferrante argued that the Maslas were "reasonable" in lying to he police. Reasonable is for a jury to determine,not judge Rosman.Rosman and Ferrante reached an understanding,that this was a legitimate basis for granting summary judgement,in contrast to the established standard.Defendant,Jay Rosman made up his mind beforehand,on how he would "handle" Plaintiff's complaint,and never reviewed the record or considered any rulings made by trial Judge Isaac Anderson from the criminal case dismissing all the evidence before trial. Defendant Craig Ferrante then prepared the order falsely stating that "no genuine issues of material facts were in dispute,despite

24

Plaintiff acquittal,due to successfully disputed issues of material fact.Defendant Jay Rosman signed this fraudulent order,since he had made up his mind before the hearing on how he would rule.This hearing was the first time Rosman had dealt with the case now seven years old,and should have ruled on the basis of Stare Decisis.The conduct of the defendants was an act of criminal conspiracy, deprived Plaintiff of his rights under the 14th amendment,caused an appeal to be filed,delayed legitimate due process,and caused Plaintiff more emotional distress,more costs,causing Plaintiff to file this action.

**November 2000** Plaintiff appealed defendant Judge Rosman's order granting summary judgement in case 97-6279CA,against the Maslas. The 2nd DCA,in an act of criminal conspiracy,ignored the Law of the Case and Stare Decisis and affirmed this fraud,thereby excusing numerous felonies committed by the defendants.The case was 7 years old,had dozens of issues of material facts in dispute,perjury and contradictory testimony,and the standard for review for summary judgements is disputed issues,and the 2nd DCA ignored all of this affirmed,protecting the state instead of the law,and violating their oath and the Constitution.The statutes regarding perjury,witness tampering and illegally intercepting a phone call,are constitutional,and the 2nd DCA,upheld and sustained the criminal acts solely to protect the Maslas and the state from liability for their crimes.

**DEFENDANTS JACK LUNDY AND MELVILLE BRINSON**

**On May 31,2000,**Judge Jack Lundy's first appearance in case 99-8973CA,included him and defense counsel Melville Brinson talking and laughing together in the hall before the hearing,while Brinson was going through his case file.That's ex parte,conspiratorial and unacceptable.These defendants reached an understanding to interfere with Plaintiff's due process rights by deciding beforehand to rule against Plaintiff exclusive of evidence and statutory law.

**On August 31,2000,** Plaintiff documented that the probable cause affidavit was perjured by defendant Carmichael, the arrest warrant reflected Carl Woodham's incident with the alleged victim, the state's information was equally perjured, but defendant Jack Lundy, ignored this evidence of perjury, thereby aiding and abetting the states criminal conduct, since he had already made up his mind on how he would rule. Melville Brinson submitted, in his motion to dismiss, that Plaintiff had formerly sued the state defendants in federal court, and that the case was DISMISSED WITH PREJUDICE. This is absolutely false. That case was pre-mature, and simply dismissed.

**On November 29,2000,** Judge Lundy, refused to allow Plaintiff to argue his motion for summary judgement, on the premise that Lundy still had not ruled on Plaintiff **1st amended complaint,** as he said he would. Lundy refused to hear it, stating, "this court probably has not done what it should have done by this point in time, and that is rule on the motion to dismiss." I will endeavor to make sure, before Decembers out..to get the ruling out within the next two weeks." He failed to review the court file, and ignored it. Instead defendant Lundy, continued the motion after stating to defense counsel, "I think there's material issues of facts. Why not have it[the motion] and have it denied?" Defendant Lundy cannot decide on issues of facts without them being heard. Making up his mind beforehand is not a judicial act.

**On January 31,2001,** a hearing was held, Judge Lundy, without reason, argument or factual findings, granted defense motion to dismiss. Judge Lundy became an accessory by ignoring the perjury by the defendants. These actions by Judge Lundy and attorney Melville Brinson, constitute a conspiracy to interfere with Plaintiff's rights to redress his grievances and due process.

**TITLE 18SEC.2421,2422,2423 On June 12,2000,** 44 Hare Krsna children filed a $400 million dollar RICO lawsuit claiming hundreds of acts of child sex abuse by Hare Krsna adults, over a 30 year period, with

other members keeping it quiet all these years to avoid criminal sanctions.All the defendants in this case,ignored and concealed the 30 year history of 1,000's of acts of genuine ritual child sex abuse committed by their witnesses in State v. Farrell.

**November 2000** Plaintiff filed a suit against defendant Masla in Alachua co. for FRAUD.defendant atty.Craig Ferrante moved to dismiss on the basis that one element of the case was the illegal phone call intercepted by Richard Masla,and the 2 yr.statute of limitations had run out.Judge Nath Doughtie,just like all other Republican Judges in Florida,granted the motion based on error. 1.The statute was irrelevant because the case was for FRAUD. 2.The statute for 934,was 2 days from expiring.Judge Nath Doughtie, knowingly conspired to dismiss the case,solely to protect the state,and in doing so aided and abetted a felony committed by defendant Richard Masla,i.e.F.S.934.and F.S.914.The 1st DCA,did not accept jurisdiction,and sent the case back.

**Defendant Robert Carmichael** was supervised by Ed Webb who was dismissed from the Sheriff's office after he had sexually abused 5 young boys 75 times over a multi year time.

**Detective** Carmichael is so **defective** that he cannot **detect** that his supervisor,who he works with for years,is a child molester,which reasons that Carmichael has no clue that Carl Woodham may be a child molester,even though Woodham was at the scene of the alleged crime.Defendant Carmichael does not care that these two men are child molesters,but lets them go,because the Lee co.sheriffs will not apply the law to their own employee,due to their criminal, arbitrary,discriminatory,nature,or to Carl Woodham,because of an illegal deal to aid and abet the wealthy Hare Krsna cult.

**Defendants Naveen and Michelle Khurana,**employed Carl Woodham in a corporation called **ISKCON CONVENTION OF TEMPLES.**The defendants were aware of the child sex abuse going on within ISKCON,yet failed in

subscribing guilt to Carl Woodham, in an attempt to conceal ISKCON's guilt involving child sex abuse.

## THE UNITED STATES CONSTITUTION

**1st AMENDMENT**

1"Congress shall make no law respecting the establishment of a religion." The state and Federal agents, have done just that. Respected, aided, abetted, and conspired with the perjurous testimony of the Krsna devotees, especially Carl Woodham, and violated numerous Florida statutes every step along the way, in this 8 year fraud. "and to petition the gov't. for a redress of grievances." The judges, rule exclusively against Plaintiff on every issue, regardless of the evidence, common sense, Res Judicata, and the Law of the Case established by trial judge Isaac Anderson, solely to protect the fraud and conspiracy formed by the defendants, and Florida.

**4TH AMENDMENT**

"no warrants shall issue without probable cause." The probable cause affidavit was void of probable cause, created by perjury, and the arrest warrant was equally void of probable cause or evidence, solely reflecting the incidents between Gaura Masla and Carl Woodham and Robert Knighton.

**5th AMENDMENT**

"no person shall be held to answer for a crime, nor be deprived of life, liberty, or property, without due process of law." The state of Florida agents, committed perjury on the probable cause affidavit, arrest warrant, and prosecutors information, depriving Plaintiff of due process, because probable cause was not genuinely established by the complaint of the Krsna witness'.

**14TH AMENDMENT**

"No state shall deny to any person within its jurisdiction the equal protection of the laws." The defendants used Fraud, perjury and other corrupt means against Plaintiff purposefully denying him equal protection, and the defendant judges maintain this fraud. The

28

Krsnas and the state refuse to hold their own members accountable to the laws of the state when they commit crimes,applying sanctions unequally and arbitrarily.

**THE FLORIDA CONSTITUTION**

**Art.I,s.3**-"Religious freedom shall not justify practices inconsistent with public morals." The Hare Krsna state witness' against Plaintiff are being sued for decades of child sex abuse, which violate statutory law and public morals.

"No revenue of the state or agency thereof shall EVER be taken from the public treasury directly or indirectly in aid of any church, sect,religious denomination or sectarian institution." The state defendants used public tax dollars by and through the sheriffs and state attorneys to falsely arrest,maliciously prosecute Plaintiff on the basis of false testimony by members of the Hare Krsna sect, which include Carl Woodhams friend and ISKCON business associate Alfred Ford who is heir to the Ford Motor co.fortune,with unlimited potential to bribe Lee Co.and the state of Florida,to keep suspicion off of ISKCON.

**Art.I,s.9-due process**-has been violated by the defendants,in that the essential documents used against Plaintiff were fabricated by perjury by defendants Robert Carmichael and the State atty.office.

**Art.I,s.12-search and seizure**-"the right of the people[Plaintiff] to be secure against unreasonable interception of private communication by any means." After being arrested in 1994,and proving that the allegations of abuse by Plaintiff were false in a small claims case in 1996,and after defendant Richard Masla illegally intercepted Plaintiffs phone call in 1997,the state attorneys office then decided to prosecute the criminal case, knowing that the new claims presented by defendants Masla and Woodham were false,suborned perjury in violation of F.S.934,914,and in contempt of a court order by trial Judge Isaac Anderson,that

stated no evidence derived from the illegal phone call could be used.The state pursued the charges to trial on illegal testimony.

**Art.I,s.21,22-access to courts and trial by jury-**the circuit courts and appeals courts refuse to grant Plaintiff these rights,with opinions and rulings that violate the Law of the Case,Stare Decisis which typically holds during a case proceeding through the courts,since they are on the same issues with the same people.

**Art.II,s.8[c],F.S.112.311-**requires public officers to uphold the Constitution,perform their duties without breaking the law,these dictates have been routinely violated by the defendants.

**Art.II,s.8[c],F.S.112.312[9]-**corrupt acts are not allowed,yet the defendants committed perjury to make a case against Plaintiff, because the Maslas and Woodhams did not provide probable cause.

**Art.II,s.8[c],F.S.112.313[6]-**"any public officer[defendant Robert Carmichael] who breaches the public trust for personal gain shall be liable to the state." Carmichael has been promoted to Sargaent from deputy for aiding the pedophiles of Alachua co.and will receive a pension.The sheriffs and F.D.L.E.are protecting him and his pension by refusing Plaintiffs request for an investigation.

## CLASS BASED INVIDIOUS DISCRIMINATORY ANIMUS

1.TITLE 42 SEC 1983,1985-requires racial or other inv.dis.animus.

2.Plaintiff is defined as "any person" by the U.S.Constitution,and therefore a member of a protected class.

3.Call a black man a "nigger" and that qualifies as racial animus.

4.Call an innocent man a "child molester" and that instantly creates baseless prejudicial animus for the falsely accused.

5.The evidence is all the violations of procedure and protocol as detailed in this suit.

**The defendants are:**

1.Hare Krsna devotee's initiated by ISKCON,Plaintiff is not.

2.Plaintiff is a kundalini yogi,one who uses the brain.

3.The Hare Krsnas are bhakti yogis,who supposedly use the heart.

4.The Hare Krsnas create their own reality from their own perverted agenda and don't smoke,drink,have sex for fun,play cards or sports they molest children,beat women and prevent them form upward mobility,bow to statues,and say "Hare Krsna" 13,824 X per day.This is no basis for tax exemption,or state sponsored law enforcement.

5.Plaintiff is left handed,90% of all people are right handed.The Hare Krsna cult firmly believes left handed people are demons,and have punished their own devotees for being so.In the dark ages, where the Krsnas minds are at,left handed people were considered "witches" only because they are more intelligent than most people. Albert Einstein,Benjamin Franklin,Leonardo DaVinci are left handed.

6.The other defendants are constitutional officers of the court, with a license to kill,and assassinate characters with their lies,acting under color of law,Plaintiff is not.

7.Plaintiff is a Democrat,the defendants are republicans.

8.Plaintiff is a "yankee" from Michigan.The defendants are southern confederates,with a history of slavery in their social structure, just like the Hare Krsnas,who enslave their members with religious dogma,and then rape the children and beat the women. Plaintiff is not a member of these low classes that are similarly organized,with respect to the fact that they will not apply criminal sanctions against the members of their class,who are guilty,as evidenced by ISKCON's admission of decades of child sex abuse in the other lawsuit.

**The state activity of the criminal justice system of the 20th circuit is discriminatory in its practice:**

**1.CASE NO.00-5474MM-**In April 2001,Seasoned prosecutor Bob Lee,in prosecuting Lee County planning director Paul O'Connor,put on such a poor case,that defendant judge John Dommerich dismissed the case without the defense ever saying anything.In contrast,John Dommerich could have dismissed the criminal case against Plaintiff at the small claims case in 1996,when Plaintiff proved the Maslas false.

31

**2.CASE NO.01-1303CF**-In May 2001,Cape Coral police officer John Murphy,was charged with one count of child abuse,upon a probable cause affidavit,that clearly details several offenses over a six year period of abuse.In contrast,Plaintiff was charged with 3 counts over a 7 month period,despite the witnesses swearing that 1 incident took place in a 5 minute period on 1 day.

**3.Former sheriff Ed Webb**,who extradited Plaintiff from Michigan, was dismissed from the sheriffs office after allegations became public,that he sexually abused 5 victims,75 times over a 2 year period.Webb was never charged,fined,or imprisoned.

**4.CASE NO.3-00CV1254-T ISKCON** has been sexually abusing children for 30 years,and the state of Florida ignores this.

**5.CASE NO.01-4841MM**-On May 14,2001,a battery charge was dropped by the state attys. office against Mi.state Senator,David Jaye, A.because the victim changed her story,and; B.a witness gave conflicting accounts. In the criminal case against Plaintiff,the alleged victim,Gaura Masla,changed her story due to the illegally taped phone call, that evidence was dismissed by trial Judge Isaac Anderson,but the state submitted it at trial anyway,and the two other witnesses, Richard and Diane Masla,gave different accounts,as their original testimony was also dismissed before trial.

**6.June 13,2001**,Cape Coral police officer,Robert Jaffarian made up and omitted details on an arrest warrant,and charged with official misconduct,falsifying a report to a public official and culpable negligence.Defendant Robert Carmichael did exactly the same thing to Plaintiff,but the Lee co.Sheriff's refuse to honor Plaintiffs numerous requests for an Internal Affairs investigation,made in 1997,1999,and 2001 to Captain Bill Case.

The Florida and U.S.Constitution protects Plaintiff from arrests without probable cause,guarantee access to the courts and due process of law.These rights were clearly established and blatantly

violated by every defendant who participated in this conspiracy.

**DEFENDANTS BREACHED THEIR STATUTORY DUTY**

The ISKCON defendants were under a statutory duty to protect children in their care from abuse,and to report to various child welfare agencies any known or suspected abuse.The defendants breached their statutory duty in that:A.they engaged in a pattern and practice of knowingly permitting their agents to physically and/or sexually abuse minor children,and,B.the defendants learned of abuse but concealed its existence from state authorities,and to this day continue to conceal known abuse,in hopes of avoiding legal sanctions.The state defendants ignored felony violations committed by ISKCON and themselves,to further their own interests illegally.

**DEFENDANTS NEGLIGENT ASSUMPTION OF RISK OF INTENTIONAL OR CRIMINAL CONDUCT,AND NEGLIGENT MISREPRESENTATION INVOLVING RISK OF HARM**

Plaintiff incorporates by reference as if set forth herein all previous allegations set forth above,and assert that ISKCON and all the other defendants are liable for acts and/or omissions pursuant to the Restatement of Torts,sec.302B,under the legal doctrine of negligent assumption of risk of criminal conduct,and sec.311,under the legal doctrine of negligent misrepresentation,and assert that ISKCON and the other defendants are liable for acts and or omissions pursuant to the Restatement of Torts,sec.876,under the legal doctrine of concert of action,and as agents of these entities,under which theories Plaintiff seeks damages from all defendants.

**COUNT ONE VIOLATION OF THE 4th,5th,14TH AMENDMENT,TITLE 42 SEC 1983,1985 DEFENDANTS RICHARD,DIANE,GAURA MASLA,CARL,JUDY WOODHAM**

Farrell re-alleges the aforementioned and adds:

In a conspiracy to interfere with Plaintiff's civil rights; Defendants Richard and Diane Masla gave fraudulent testimony to defendant Robert Carmichael on 8/3/93.Defendant Robert Carmichael conspired,off the record with CARL and Judy Woodham on 7/12/93,

33

after Gaura Masla's H.R.S. interview,to imply that Plaintiff had engaged the minor Leela Woodham in an act of child sex abuse. Defendants Carl and Judy Woodham gave fraudulent testimony to defendant Robert Carmichael on 9/13/93 to lend credence to the theory that Plaintiff had engaged in some sort of criminal behavior with Gaura Masla.The complaints of the Maslas and Woodhams did not contain the elements necessary to establish probable cause,so defendant Carmichael created probable cause by perjury.As a result of the defendants malicious and reckless actions,Plaintiff was deprived of his rights,i.e.a.freedom from depravation of liberty without due process of law,b.freedom from summary punishment.As a direct and proximate result of the illegal acts of defendants, Plaintiff has suffered the loss of $50,000 in property,mental pain and anguish,and court costs.

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

**COUNT TWO VIOLATION OF THE 1st,4th,5th,14TH AMENDMENT TITLE 42 SEC 1983,1985 DEFENDANTS CARL WOODHAM,ROBERT CARMICHAEL,ED TAMAYO**

Farrell re-alleges the aforementioned and adds:in another act of conspiracy;On 9/13/93,defendant Robert Carmichael took the sworn testimony of defendant CARL WOODHAM.Woodham claimed to be a minister and a Brahman priest,and received a "confession" from Plaintiff alleging that Gaura Masla touched Plaintiff's genitals, and that Plaintiff abused his daughter Leela.This essentially is a violation of F.S.90.505 on the part of Woodham.Carmichael gave Woodham confidential information during this interview,thereby violating state law,and even says so,in the interview.Carmichael accepted this illegal premise to support his bogus probable cause theory.On 9/13/93,Leela Woodham was interviewed by the C.P.T.

34

Leela said 20 times that Plaintiff did not touch her,and she did not touch him,in contrast to Carmichaels fraud.The only evidence of a crime exists solely in the perverted minds of Carl Woodham and Robert Carmichael because child sex abuse is an integral part of their lives.Woodham aids and abets child molesters as a consultant to ISKCON,Carmichael makes a living off the implication of child sex abuse.Defendant Ed Tamayo signed a warrant request for a felony committed upon Leela Woodham on false pretenses to bolster the false allegations against Gaura Masla.Defendants Carmichael,Woodham and Tamayo act like child molesters.Leela said NO 20 times,yet they insisted on the alleged abuse.Gaura Masla and Leela Woodham did not become victims until the defendants got their evil hands and minds on them.As a result of the defendants malicious and reckless actions,Plaintiff was deprived of his rights,i.e.a.freedom from depravation of liberty without due process of law,b.freedom from summary punishment.As a direct and proximate result of the illegal acts of defendants,Plaintiff has suffered the loss of $50,000 in property,mental pain and anguish,and court costs.

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

**COUNT THREE VIOLATION OF THE 4th,5th,14TH AMENDMENT TITLE 42 SEC 1983,1985 DEFENDANT ROBERT CARMICHAEL**

Farrell re-alleges the aforementioned and adds:

In another act of conspiracy;Defendant Robert Carmichael swore out a false probable cause affidavit on September 27,1993.This affidavit stated Plaintiff had committed 3 felony acts [800.04] over a 7 month period [Jan.1993 to June 1993] upon minors Gaura Masla and Leela Woodham,in a corrupt effort to disguise what occurred on June 20,1993,between Carl Woodham and Gaura Masla.Even though state witness and instant defendant Diane Masla stated to

defendant Carmichael on 8/3/93,that a single alleged offense occurred in a FIVE MINUTE PERIOD.The affidavit was based on the testimony of Richard,Diane and Gaura Masla,and Carl,Judy,and Leela Woodham,that was in contradiction to the elements stated in the affidavit of defendant Robert Carmichael.

**PROBABLE CAUSE AFFIDAVIT:3 COUNTS OF PERJURY BY CARMICHAEL**

**COUNT ONE** stated that in January 1993 Plaintiff touched Gaura's vagina.Gaura testified that she was in ST.LOUIS,MISSOURI in January 1993.Gaura testified that Plaintiff NEVER TOUCHED HER.At trial, count one was dismissed before going to the jury,due to lack of probable cause.

**COUNT TWO** stated that on June 28,1993 Gaura grabbed Plaintiff's penis until he ejaculated.Gaura testified that she saw **PEE PEE** come out of Plaintiff's penis and that it was **YELLOW**.This is evidence of **URINE**.Gaura also stated that she accidently opened the bathroom door while Plaintiff was urinating.Defendant Carmichael's affidavit falsely stated that the color of the alleged substance was **WHITE**. This allowed defendant Carmichael to falsely allege that Plaintiff had allowed Gaura to masturbate him.

**COUNT THREE** stated that on June 28,1993 Leela Woodham grabbed Plaintiff's penis until he ejaculated.Diane Masla testified prior to this affidavit that on June 28,1993,Judy Woodham was upstairs combing Leela's hair on that day,and 3 year old Leela testified that she never touched Plaintiff 20 times,therefore it is without evidence that Plaintiff committed any crime upon the minor Leela Woodham.This count was never carried forward,and Leela was dismissed from the criminal case.This affidavit was made illegally, causing Plaintiff's false arrest,prosecution and damages as pled herein.As a result of the defendants malicious and reckless actions,Plaintiff was deprived of his rights,i.e.a.freedom from depravation of liberty without due process of law,b.freedom from summary punishment.As a direct and proximate result of the illegal

36

acts of defendants,Plaintiff has suffered the loss of $50,000 in property,mental pain and anguish,and court costs.

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

### COUNT FOUR VIOLATION OF THE 4th,5th,14TH AMENDMENT TITLE 42 SEC 1983,1985 DEFENDANTS ROBERT CARMICHAEL AND JOHN DOMMERICH

Farrell re-alleges the aforementioned and adds:

In another act of conspiracy; On January 3,1994,defendants Robert Carmichael and John Dommerich produced an arrest warrant that dismissed defendant Carmichael's probable cause affidavit,replacing it with the equally false allegations that two felonies occurred upon only Gaura Masla,but curiously the alleged crime period began on **June 20,1993,**which is the day that Carl Woodham testified that he was at the scene of the crime [the pool] with the victim [Gaura Masla] where Gaura asked to squeeze Carl's penis.Defendant Dommerich falsely arrested Plaintiff on the basis of deliberate mistaken identity.Defendant Dommerich was following criminal procedure regarding PROXIMITY to the crime scene [Carl Woodham/ Gaura Masla in the pool together on June 20,1993] but applying it without evidence or probable cause to Plaintiff.

Defendant Dommerich had no jurisdiction over Plaintiff who was living in the state of Michigan,for an act clearly the fault of Carl Woodham,who lived in Florida.

On 12/12/96,Plaintiff sued Richard and Diane Masla in small claims court,and Plaintiff submitted a letter that stated Carl Woodham molested Gaura Masla,which the Masla's threw away.Plaintiff also pointed out to defendant Dommerich that the arrest warrant he signed reflected the date of June 20,1993 as the date of the alleged offense,and Carl Woodhams statement that Gaura asked to squeeze Carl Woodhams penis on June 20,1993,and this was cause to

dismiss the criminal charges,but defendant Dommerich refused to consider it.This arrest warrant caused Plaintiffs damages as pled herein.As a result of the defendants malicious and reckless actions,Plaintiff was deprived of his rights,i.e.a.freedom from depravation of liberty without due process of law,b.freedom from summary punishment.As a direct and proximate result of the illegal acts of defendants,Plaintiff has suffered the loss of $50,000 in property,mental pain and anguish,and court costs.

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

**COUNT FIVE VIOLATION OF THE 4th,5th,14TH AMENDMENT TITLE 42 SEC 1983,1985 DEFENDANT ROBERT CARMICHAEL**

Farrell re-alleges the aforementioned and adds:In another act of conspiracy;On Sept.19,1994,defendant Carmichael filed his phony, false bogus and insufficient probable cause affidavit,AFTER Judge Dommerich had essentially dismissed it on January 3,1994 in favor of a 1 victim,2 felony count arrest warrant.This was done maliciously,in bad faith,so to mislead the court,as the warrant stated the crime began on June 20,1993,the date of Carl Woodhams incident with Gaura Masla.This was without probable cause.The state attorney used this falsehood to fabricate an equally false information confusing the issues.This was done to interfere with Plaintiffs civil rights,in a conspiracy to aid and abet the Hare Krsna cult,and prevent the exposing of the ISKCON defendants to criminal sanctions.The defendants conduct was the cause of Plaintiffs damage as pled herein.As a result of the defendants malicious and reckless actions,Plaintiff was deprived of his rights,i.e.a.freedom from depravation of liberty without due process of law,b.freedom from summary punishment.As a direct and proximate result of the illegal acts of defendants,Plaintiff has

38

suffered the loss of $50,000 in property,mental pain and anguish,and court costs.

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

### COUNT SIX VIOLATION OF THE 4th,5[th],14[TH] AMENDMENT TITLE 42 SEC 1983,1985 DEFENDANT JOE D'ALESSANDRO

Farrell re-alleges the aforementioned and adds:In another act of conspiracy;On October 14,1994,former state attorney,Elizabeth Ciardiello,acting on behalf of defendant state attorney Joe Dallessandro filed a prosecutors information charging Plaintiff with 3 felony counts of 800.04 against Gaura Masla.Count 3 which formerly was against Leela Woodham,was changed to Gaura Masla without any additional information of probable cause.This was done maliciously in bad faith and in reckless disregard of Plaintiffs civil rights.Another count in January 1993,was added without evidence to disguise what occurred on June 20,1993 between Gaura Masla and Carl Woodham.The conduct of the defendant caused Plaintiff damage as pled herein.As a result of the defendants malicious and reckless actions,Plaintiff was deprived of his rights,i.e.a.freedom from depravation of liberty without due process of law,b.freedom from summary punishment.As a direct and proximate result of the illegal acts of defendants,Plaintiff has suffered the loss of $50,000 in property,mental pain and anguish,and court costs.

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

39

## COUNT SEVEN VIOLATION OF 14TH AMENDMENT TITLE 42 SEC.1983,1985 TITLE 18 SEC.2511,2520 DEFENDANTS RICHARD MASLA,JOE D'ALESSANDRO AND ALANE LABODA

Farrell re-alleges the aforementioned and adds:In another act of conspiracy;On April 28,1997,the states witnesses in case no.94-2430CF were deposed.Former asst.state attorney and defendant Alane Laboda accepted an illegal audiotape from witness Richard Masla.The tape was an illegal recording of a phone call Plaintiff made to Masla on March 27,1997.Plaintiff made the call in good faith, encouraging Masla to drop the false charges.Masla illegally taped the call without Plaintiff's permission.

During the illegally taped phone call,Plaintiff stated that Gaura had seen him urinating,as she accidently opened the door while Plaintiff was in the bathroom.Rather than drop the case,Richard Masla attempted to use the tape and the element of the bathroom as evidence of a crime,and gave the tape to the defendant state attorney,in order to continue the malicious prosecution.

One month later at her deposition,Gaura changed her story,now claiming that the abuse occurred in the bathroom,and defendant Laboda was illegally attempting to cooberate the perjurous allegation by Gaura Masla,by submitting the tape,thereby placing Plaintiff in the PROXIMITY to a crime scene.Defendant Masla and Laboda maliciously and illegally allowed this falsehood to continue and assisted the witnesses in their false claims in violation of Plaintiffs rights,and Judge Andersons court order.The conduct of the defendants caused Plaintiffs damages as pled herein.As a result of the defendants malicious and reckless actions,Plaintiff was deprived of his rights,i.e.a.freedom from depravation of liberty without due process of law,b.freedom from summary punishment.As a direct and proximate result of the illegal acts of defendants, Plaintiff has suffered the loss of $50,000 in property,mental pain and anguish,and court costs.

40

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

**COUNT EIGHT VIOLATION OF THE 14TH AMENDMENT TITLE 42 SEC 1983,1985**

**DEFENDANTS JOE D'ALESSANDRO AND MAIDA WASSERMAN**

Farrell re-alleges the aforementioned and adds:In another act of conspiracy;On April 6,1998,defendant Maida Wasserman while prosecuting case 94-2430CF,filed ANSWER TO MOTION FOR STATEMENT OF PARTICULARS.Wasserman falsified this document in that there was never any evidence,at all,presented by any witness at any time to support the notion of a felony in JANUARY 1993.It was the states groundless theory created to disguise what had actually occurred on June 20,1993,i.e.CARL WOODHAM molested Gaura Masla on June 20,1993, and the state corruptly attempted to hide this fact.The JANUARY 1993 count was never presented to the jury at trial,due to lack of probable cause.On July 12,1993,Gaura Masla testified that she was in St.Louis,Missouri in January 1993,and she said so TWICE. On April 28,1997,Gaura Masla testified that the alleged abuse occurred on one day in June 1993.Gaura also gave no evidence of any touching of any kind,thereby reducing the alleged charge to a misdemeanor,not a felony.Defendant Wasserman was in possession of that information,yet deliberately disregarded and misrepresented the facts,thereby using known perjury by defendants Richard and Gaura Masla,and committing perjury herself,to continue this fraud to trial.Defendant Wasserman submitted this false document,in bad faith,with a malicious purpose,and in reckless disregard of Plaintiffs rights,security and safety.The defendants conduct was the cause of Plaintiffs damages as pled herein.As a result of the defendants malicious and reckless actions,Plaintiff was deprived of his rights,i.e.a.freedom from depravation of liberty without due process of law,b.freedom from summary punishment.As a direct and

41

proximate result of the illegal acts of defendants,Plaintiff has suffered the loss of $50,000 in property,mental pain and anguish,and court costs.

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

**COUNT NINE VIOLATION OF TITLE 42 SEC.1983,1985 DEFENDANT JOHN MCDOUGALL,DAVE PALANZI,ROBERT CARMICHAEL,ED TAMAYO AND WILLIAM CASE**

Plaintiff adopts and re-alleges this complaint as if pled herein, Former sheriff defendant John McDougall encouraged,tolerated and ratified a pattern of practice of unjustified,illegal and unreasonable behavior to his subordinates in that;The defendants failed to discipline,investigate or prosecute officers in any manner dealing with child sex abuse.The defendant refused to investigate Plaintiffs complaints directed to Internal Affairs, instead,officially claiming that such claims were justified and proper.By both means of inaction and a cover-up,the defendants encouraged sheriff deputies to believe that perjury in official proceedings was permissible.

Defendant John McDougall/Lee co.Sheriff's,has maintained an inadequate system of review of the complaints to Internal Affairs by Plaintiff of the allegations in this suit,and has failed to discipline or more closely supervise deputies who in fact intentionally lie on probable cause affidavits and arrest warrants. On information and belief,the systematic deficiencies include but are not limited to:

Preparation of investigated reports which uncritically rely solely on the word of unreliable witness' involved in the incidents;

Preparation of investigated reports which omit factual information and physical evidence,and blatantly fabricate information not elicited which contradicts the accounts of the witness'involved;

42

Failure to review investigative reports by responsible superior officers for accuracy or completeness,and acceptance of conclusions which are unwarranted by the evidence or which contradicts such evidence.The defendants also refused to subject a child molester [Ed Webb]who was a sheriff and defendant Carmichaels supervisor,to criminal sanctions for sexually abusing 5 boys for 3 years.

The foregoing acts,omissions and systematic deficiencies of policies and customs of defendant McDougall/Lee co.Sheriff's,caused the defendant deputies to be unaware of the laws and rules governing the correct procedure for child abuse investigations.As a result of the defendants malicious and reckless actions,Plaintiff was deprived of his rights,i.e.a.freedom from depravation of liberty without due process of law,b.freedom from summary punishment.As a direct and proximate result of the illegal acts of defendants,Plaintiff has suffered the loss of $50,000 in property, mental pain and anguish,and court costs.

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

**TEN CONSPIRACY AND FRAUDULENT CONCEALMENT,TITLE 42 SEC.1985 TITLE 18 SEC.242,2421,2422,2423 ALL NAMED DEFENDANTS**

Farrell re-alleges the aforementioned and adds:All defendants retaliated against Plaintiff for being a "whistleblower".Plaintiff told the sheriffs and the I.R.S./C.I.D. that Carl Woodham was the perpetrator,and the result after 8 years is this suit and the $400 million dollar suit by the Children of ISKCON against ISKCON.

All listed defendants have acted in concert in a uniform pattern and practice to fraudulently conceal the extent and nature of their inherent gross incompetence in the investigation and prosecution of Plaintiff,PATRICK FARRELL,in case no.94-2430CF FLORIDA V.FARRELL. The defendants herein entered into a conspiracy to act in concert,

43

accompanied by a meeting of the minds regarding concerted action, the purpose of which was to suppress and minimize public knowledge of the sexual abuse of Hare Krsna children committed by the states witnesses/Hare Krsna devotees placed in the care of said children, and to take a uniform position and approach to the handling of case no.94-2430CF,State v. Farrell,which was nothing more than a fraud upon the court from start to finish,to conceal the event between Carl Woodham and Gaura Masla on June 20,1993.In short a protection racket was formed by the defendants.This uniform position and approach was designed to avoid criminal prosecution of CARL WOODHAM to avoid civil litigation and to prevent or minimize claims for damages,to avoid public exposure of the sexual abuse of KRSNA children by KRSNA supervisors,to protect the reputation of ISKCON and the HARE KRSNAS from scandal,and thus to insure the continued financial contributions of devotees and others to ISKCON.

This ongoing conspiracy and concert of action was carried out by defendants to fraudulently conceal the facts that defendants have committed acts of negligence,gross negligence,fraud,perjury,and the other wrongful conduct described herein,and have engaged in concerted action to commit acts of negligence,gross negligence,and fraud.Thus,defendants actions in furtherance of this conspiracy are a proximate cause of the injury and damages as pled herein.

Plaintiff incorporates by reference as if set forth at length herein all previous allegations set forth above,and assert that all defendants are liable for acts and/or omissions under the legal doctrine of concert of action,and as agents of these entities,under which theories Plaintiff seeks damages from all defendants jointly and severally in the amount of **$25 MILLION DOLLARS**.

WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory/punitive damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

**COUNT ELEVEN INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS ALL NAMED DEFENDANTS**

Plaintiff incorporates by reference as if set forth herein all previous allegations set forth above.In administering the fraud against Plaintiff,in conspiring to cover up that fraud,in ratifying the acts of those employees who administered the fraud,and in conspiring to assist those employees in avoiding detection by law enforcement agencies,defendants engaged in a pattern and practice of outrageous conduct that intentionally inflicted severe emotional and financial distress upon Plaintiff,for which all defendants are liable both in actual and punitive damages.As a result of the incidents of fraud described above,Plaintiff has suffered,and will continue to suffer,extreme emotional trauma,pain and suffering,and chronic post traumatic stress disorder.Plaintiff has suffered social stigmatization,estrangement from family,and sustained financial damages in the amount of **$50,000.**Plaintiff seeks restitution for his actual damages,and punitive damages of **$25 million dollars** in order to punish and deter the outrageous conduct taken in heedless and reckless disregard for the constitutional rights of due process of law and equal protection under the law,both of which have been routinely violated by every defendant against Plaintiff,and as a result of defendants conscious indifference to the rights,welfare and safety of Plaintiff in violation of the laws of the U.S.and Florida Constitution. WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

**COUNT TWELVE TITLE VIOLATION 28USC s.1331,42USC s.1983, ART.I,S.8,CL.1 DEFENDANT INTERNAL REVENUE SERVICE/CHARLES ROSSOTTI**

This is an action to prevent the defendant,his agents and assigns from collecting and disbursing taxes for purposes not authorized by

45

the Constitution in general,and specifically for conspiring with Carl Woodham,ISKCON and Lone Star Galleries to harass Plaintiff. Plaintiff is and has been a taxpayer since the late 1960's.By contrast defendant ISKCON devotee's/child molesters are tax exempt, due to fraud,conspiracy and negligence on the part of defendant IRS.A portion of Plaintiffs tax "contribution" has been collected and disbursed for the purposes of legitimate law enforcement,which in this case,has been used illegally by defendant Lee co.sheriffs, state atty.to aid and abet the criminal organization,defendant ISKCON.This act is not authorized by the Constitution.

**LEGAL CLAIMS**

The U.S.Constitution is the Supreme law of the land.Article VI,cl.2 and may only be amended by three-fourths of the states.Art.V. Congress shall have the power to lay and collect taxes,duties, imports and excises,to pay the debts and provide for the general welfare of the United States.Aiding and abetting ISKCON,by using tax dollars,to act as a police force for tax exempt ISKCON,is utterly outrageous,and can hardly be described as providing for the general welfare of the United States.This amounts to "taxation without representation" as Plaintiff's requests for law enforcement to review this case in light of all the facts and merits,has been denied by **Governor Jeb Bush,F.D.L.E.,the Florida Bar,the F.B.I.,and the Internal Revenue Service/Criminal Investigation Division.** Congress has a substantive power to tax and appropriate,limited only by the requirement that it shall be exercised to provide for the general welfare of the United States.The laying of taxes is the power,and the general welfare the purpose for which the power is to be exercised.They[defendant/Internal Revenue Service],are not to lay taxes ad libitum for any purpose they please.;but only to pay the debts or provide for the welfare of the Union.3 writings of Thomas Jefferson[Library Edition,1904]pg.147-149. This court is bound by solemn oath to uphold the U.S.Constitution,

46

28 U.S.C.sec.453.The Plaintiff has the right to petition the gov't. for a redress of grievances,1st amendment.**See United States v. Hylton 710 F2d.1106 [5th cir.1983]** 1st amendment as basis for criminal complaint against state or federal agents.

The Plaintiff has standing to maintain this action in two respects:

1.Plaintiffs tax money is being extracted from him for unconstitutional enactments,[acting as ISKCONS private police force]thereby reducing his disposable income;

2.the benefits Plaintiff receives from the gov't are greatly reduced,in that Plaintiff,s victimization goes unredressed and is needlessly forced to spend his income counteracting bogus criminal charges,incur attorneys fees,court costs,in an attempt to recover such losses,based on ISKCON crimes and perjurous testimony.

RELIEF REQUESTED

A writ of prohibition directing defendant IRS enjoining them from collecting Plaintiffs taxes for purposes not authorized by the Constitution,pursuant to 28 U.S.1361.

Pursuant to title 28USCS sec.2201&2202,a declaratory judgement

1.that the actions by defendant violated the Constitutional rights of the Plaintiff;

2.A writ of mandamus pursuant to 28USCS sec.1361,compelling the Internal Revenue Service Criminal Investigation Division,to examine ISKCON for the imposition of criminal sanctions,for defrauding the IRS,since its inception/infection of the United States in 1967.

3.An order pursuant to Art.1,sec.8,cl.1,& Art.V Congress should demand the I.R.S./defendant Rossotti to re-examine ISKCON's qualifications for tax exemption & impose uniform taxes upon ISKCON,in light of the facts that ISKCON has committed;

a.cruelty to children,b.and has participated in political campaigns by using its tax exempt wealth in conjunction with the wealth of the **Ford Motor co.**by and through corporate shareholder with a

controlling interest,Krsna devotee and defendant **Alfred Ford**,to bribe and corruptly influence defendant I.R.S.,law enforcement state judges and politicians for the purpose of escaping state and federal laws,both in violation of IRS code 501C3.

4.Judicial review of administrative agency action pursuant to 5 U.S.C.sec.706.Does child sex abuse void ISKCON's tax exempt status? WHEREFORE,Plaintiff,Patrick Farrell,respectfully requests this Honorable court to enter an order awarding compensatory damages,an award of attorney's fee's,together with costs and such other relief as this court deems just and proper.

**VIOLATION OF R.I.C.O.-18 U.S.C.1961-1968,F.S.772.101-772.104**

Plaintiff restates and incorporates herein the foregoing complaint. Carl,Judy Woodham,Richard,Diane Masla,Naveen,Michelle Khurana,Lenny Rader,David Wolfe,Alfred Ford,William Deadwyler has been associated with the ISKCON enterprise.Each defendant helped to direct the enterprises actions and manage its affairs.The defendants engaged in schemes to defraud members of the public and private and governmental entities which bear responsibility for child welfare. Upon information and belief,all the defendants have attempted and succeeded to influence testimony,principally by suborning perjury, and committing perjury.Predicate acts of racketeering also include attempting and succeeding,with the help of the other listed defendants,to influence one or more witness' in pending or prospective legal proceedings,conceal elements of child sex abuse within ISKCON to maintain its tax exempt status with the Internal Revenue Service,which include the IRS committing gross negligence and fraud to ignore the crimes within ISKCON,conceal elements proving Plaintiff's false arrest,destroying exculpatory evidence & maintain a malicious,groundless criminal prosecution,and prevent Plaintiff from redress in state court,in violation of 18 U.S.C.§ 1512,1513,1951[a].The acts form a pattern of racketeering.Under the provisions of 18 U.S.C.§ 1964[c] Plaintiff is entitled to bring

48

this action and to recover herein treble damages,the costs of bringing this suit,and reasonable attorneys fees.

## STATEMENT TO THE COURT

1.Plaintiff pleads delayed discovery of his claims against defendants despite the reasonable diligence on his part,thus tolling the statute of limitations.

2.Plaintiff pleads fraud and fraudulent concealment of this fraud on the part of defendants,thus suspending the running of limitations on claims for 12 years pursuant to F.S.95.031[2].

3.Plaintiff pleads a concert of action,a conspiracy to conceal negligence to commit fraud and to fraudulently conceal the acts and the existence of the fraud and conspiracy,thus suspending the running of limitations against all defendants.

## DEMAND FOR JURY TRIAL

Plaintiff requests this court for a trial by a jury of Lee county citizens,and see if they don't mind their hard earned tax dollars being used to protect a bunch of child molesting,tax exempt,statue worshipping criminals from Alachua County.

## RELIEF REQUESTED

Pursuant to title 28USCS sec.2201&2202,declaratory judgements:

1.that the actions by defendants violate the Constitutional rights of the Plaintiff;and the immediate payment to Plaintiff of $100,000

2. A writ of mandamus pursuant to 28USCS sec.1361:

a.compelling the Internal Affairs Division of the L.C.S.O.,the F.D.L.E.and Governor Jeb Bush to investigate Sargeant Carmichael for the perjurous probable cause affidavit he fabricated that resulted in Plaintiffs false arrest,and

b.an order pursuant to Fl.Cons.Art.III,s.17[a][b][c],directing the **Fl.Speaker of the House of Representatives** to appoint a committee to investigate the claims against all defendants for fraud,perjury in official proceedings,and criminal conspiracy.

3. Pursuant to 5 U.S.C.S.sec.706[1] Plaintiff requests judicial review,resulting in compelling the U.S Dept.of Justice and U.S.Attorneys Office pursuant to 28USCS sec.1361,to investigate this complaint for the arrest and prosecution of the main conspirators,Carl Woodham,Richard Masla and Robert Carmichael.

4. A writ of mandamus pursuant to 28USCS sec.1361,compelling the Internal Revenue Service Criminal Investigation Division,to examine ISKCON for the imposition of criminal sanctions,for defrauding the IRS,since its inception/infection of the United States in 1967.

5. An order pursuant to U.S.Cons.Art.1,sec.8,cl.1,& Art.V Congress should demand the I.R.S./defendant Rossotti to re-examine ISKCON's qualifications for tax exemption & impose uniform taxes upon ISKCON,in light of the facts that ISKCON has committed; a.cruelty to children,b.and has participated in political campaigns by using its tax exempt wealth in conjunction with the wealth of the Ford Motor co.by and through corporate shareholder with a controlling interest,Krsna devotee and defendant Alfred Ford,to bribe and corruptly influence law enforcement and politicians for the purpose of escaping state and federal laws,both in violation of IRS code 501C3,and state and federal statutes.

6. Adjudication pursuant to 28USC sec.1331,the federal question statute.Plaintiff requests compensatory damages of **$100,000.** Plaintiff requests punitive damages in the amount of **$25 million.**

7. Relief as is available under 28U.S.C.sec.1651,the all writs act.

8. Leave to amend complaint once discovery is complete.

9. An injunction preventing any and all state and federal law enforcement and judges from issuing a search warrant on Plaintiffs property,to prevent said persons from planting evidence of illegal weapons,drugs,or child pornography,seizing my computer to implant child pornography,or stealing my filesand case related documents, since the defendants are cheaters,thieves,cowards,perverts,and criminals,disguised with bogus religious and legal authority.

50

## CONCLUSION/FINALLY!

What you have to ask yourself is: Do I believe Plaintiff who has lived in Lee co.for 10 years,works in Lee co.,for Lee co. taxpayers,pays taxes to the IRS,plays golf like most folks,or Carl Woodham,who made 1 visit to Lee co.that included a sexual incident with the alleged victim,who consults Hare Krsna devotees and child molesters from Alachua co.on how to avoid paying taxes to the IRS, and uses Lee co.taxpayer money,by and through law enforcement,to avoid going to jail,to avoid ISKCON incurring sanctions for decades of child molestation by framing an innocent man.Whats your verdict?

**Judge Louis Brandeis** said,"Decency,security and liberty alike demand that government officials shall be subjected to the rules of conduct that are commands to the citizen.In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously.Our government is the potent, omnipresent teacher,for good or for ill,it teaches the whole people by its example.Crime is contagious.If the government becomes a lawbreaker,it breeds contempt for the law,it invites every man to become a law unto himself.It invites anarchy."

**Thomas Jefferson** said,"The strongest reason for the people to retain their right to keep and bear arms is,as a last resort,to protect themselves against tyranny in government."

**Howard Munson New York District Federal Judge** said,"ISKCON is the most deceitful group of people I have ever encountered."

PLAINTIFF PRO SE/PATRIOT

PATRICK FARRELL

15821 COUNTRY CT.

FT.MYERS,FL.33912

941-437-6564

DATE:JULY 27,2001